

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 9, 2020

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

   Re: United States v. James Williams, 20 Cr 662 (VB)

Dear Judge McCarthy:

  Defendant James Williams was brought before the Court today for his initial appearance on the above-referenced Indictment, which charges him with violations of 21 U.S.C. § 846 and 18 U.S.C. §§ 924(c)(1)(A)(i) and (2). Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the Indictment and arrest warrant.

  Thank you for your consideration.

              Respectfully submitted,

              AUDREY STRAUSS
              United States Attorney

        By: */s/ Jeffrey C. Coffman*

              Jeffrey C. Coffman
              Assistant United States Attorney
              (914) 993-1940

SO ORDERED:

___*/s/ Judith C. McCarthy*_____  12-9-2020
HON. JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York