UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

JAMES WILLIAMS,

                            Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 CR 662 (VB)

12/28/20

Defendant JAMES WILLIAMS hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing or~~ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

_XX_   Conference Before a Judicial Officer


_James Williams (by VB)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JAMES WILLIAMS
Print Defendant's Name

_/s/ Steven D. Feldman_
Defendant's Counsel's Signature

STEVEN D. FELDMAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_12/28/20_
Date

_/s/_
U.S. District Judge/~~U.S. Magistrate Judge~~