

# MURPHY & McGONIGLE
### A Professional Corporation

Email: sfeldman@mmlawus.com
Direct: 212.880.3988
Facsimile: 212.880.3998

**Via ECF**

The Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant
Federal Building and United States Courthouse
300 Quarropas Street,
White Plains, New York 10601

> **APPLICATION GRANTED**
> Although the Court does not lightly grant applications for appointment of new CJA counsel, the circumstances described herein warrant that relief in this case. However, the defendant is advised that it is very unlikely the Court will grant a second such application. Mr. Feldman is relieved with the thanks of the Court. Theodore S. Green, Esq., is appointed as new CJA counsel. The next scheduled status conference is **2/19/2021 at 11:00 a.m.,** by telephone.
> SO ORDERED:
> _/s/ Vincent L. Briccetti_
> Vincent L. Briccetti, U.S.D.J.  1/12/2021

Re: United States v. James Williams, 20 Cr. 662 (VB)

Dear Judge Briccetti:

    The undersigned is counsel to defendant James Williams, assigned pursuant to the CJA Act. Mr. Williams seeks the Court's permission to have new counsel assigned in place of his current counsel. Mr. Williams and defense counsel disagree concerning the appropriate strategy to pursue in his defense. Mr. Williams insists that certain motions be filed and arguments advanced at this time. As Mr. Williams and defense counsel disagree concerning this strategy, Mr. Williams requests that the Court appoint new counsel to represent him. We have developed irreconcilable differences regarding strategy and communications between us have broken down entirely. Given the breakdown in the relationship, we agree with Mr. Williams's suggestion that it would be appropriate for the Court to appoint substitute counsel.

    Accordingly, we respectfully request that the Court set down a conference at its earliest convenience to consider Mr. Williams's request for new defense counsel

Respectfully submitted,

s/ Steven D. Feldman

Steven D. Feldman

cc: AUSA Jeffrey Coffman (via ECF)
James Williams (via First Class mail)

New York ♦ Virginia ♦ Washington, D.C.