UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JAMES WILLIAMS

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-662 (VB) ( )

Defendant __JAMES WILLIAMS__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_James Williams (by TSG)_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

JAMES WILLIAMS
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

THEODORE S. GREEN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/1/2021
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge