UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

JAMES WILLIAMS,
                          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 662 (VB)

      Pending before the Court is defendant James Williams's motion to suppress (i) physical evidence seized from his person at the time of his arrest, and (ii) out-of-court single-photograph identifications of him by a confidential informant and an undercover police officer, and any in-court identification testimony from those two witnesses. (Doc. #20). The Court previously scheduled a conference and/or evidentiary hearing for June 30, 2021, at 11:00 a.m.

      Having reviewed the parties' motion papers, the Court believes an evidentiary hearing is necessary, but only with respect to the motion to suppress the out-of-court photo identifications and in-court identification testimony. The parties shall be prepared to proceed accordingly on June 30, 2021, at 11:00 a.m.

Dated: June 9, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge