# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

June 24, 2021

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/21

    re:   *United States v. James Williams*, 20-cr-662 (VB)

Dear Judge Briccetti:

    Pursuant to 18 U.S.C. § 3145(b), James Williams hereby moves for review of a detention order of Hon. Judith C. McCarthy, USMJ, dated March 1, 2021, and requests a hearing at which defendant will seek to have that detention order revoked and the defendant released on bond.
    A copy of the transcript of the bail/detention hearing conducted before the Magistrate Judge is submitted herewith as Exhibit A.
    I would be available for a hearing on this application following the pre-trial evidentiary hearing on defendant's pre-trial motion, which is scheduled for June 30, 2021. Alternatively, I ask that the Court schedule a hearing on ~~this application as~~ soon as practicable. In terms of my availability, I ask that the Court ~~avoid June 28, July 1, July 14, and July 16.~~

                              Very truly yours,

                              /s/ *Theodore S. Green*
                              Theodore S. Green

*[Handwritten note:]* This matter will be addressed at the conference scheduled for 6/30/2021 at 11:00 a.m. So ordered. VB, USDJ