UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

JAMES WILLIAMS,
                Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 662 (VB)

For the reasons set forth on the record at a hearing held today, the Court (i) denied defendant's motion to suppress physical evidence seized from his person at the time of his arrest, (ii) reserved decision on defendant's motion to suppress out-of-court single-photograph identifications of him by a confidential informant and an undercover police officer, and any in-court identification testimony from those two witnesses, (iii) denied defendant's application for release on bail, and (iv) excluded time under the Speedy Trial Act through July 30, 2021.

The next conference in this case is scheduled for **July 30, 2021, at 9:15 a.m.**, to be conducted in person at the courthouse.

Dated: June 30, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge