# Green & Willstatter
### ATTORNEYS AT LAW
### 200 MAMARONECK AVENUE
### SUITE 605
### WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED  8/17/21]*

August 17, 2021

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

    re:    *United States v. James Williams*, 20-cr-662 (VB)

Dear Judge Briccetti:

*[Handwritten: Application Granted. SO Ordered: /s/ Vincent Briccetti, USDJ 8/17/21]*

    This letter is an application, pursuant to part IX(D) of this District's revised Criminal Justice Act plan, for permission for undersigned counsel to submit interim vouchers in this case.

    I was appointed as CJA counsel for Mr. Williams on January 12, 2021. The representation so far has included review of discovery materials, including numerous audio recordings, preparation and filing of pre-trial motions, and an evidentiary motion hearing. The case is next scheduled for a status conference on September 2, 2021.

                                            Very truly yours,

                                            /s/ *Theodore S. Green*
                                            Theodore S. Green

cc: All counsel (by ECF)