UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.

JAMES WILLIAMS,
              Defendant.

------------------------------------------------------------x

**ORDER**

20 CR 662 (VB)

     As set forth on the record at today's conference, which was attended by government counsel and defense counsel, but for which defense counsel waived defendant's appearance:

     1.     Rule 404(b) evidence shall be disclosed by no later than December 30, 2021.

     3.     Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by December 30, 2021.  Opposition to any motions in limine shall be filed by January 13, 2022.  No replies will be permitted absent prior permission from the Court.

     4.     Proposed voir dire and requests to charge shall be filed by January 13, 2022.  The parties are encouraged, to the extent possible, to agree on requests to charge.

     5.     On the consent of the government, 3500 material shall be produced by January 13, 2022.

     6.     Marked government case-in-chief exhibits shall be produced by January 13, 2022.

     7.     The final pre-trial conference is scheduled for **January 25, 2022 at 3:00 p.m.**

     8.     Jury selection and trial are <u>tentatively</u> scheduled for **January 31, 2022, at 9:30 a.m.**

     9.     For the reasons stated on the record today, time is excluded under the Speedy Trial Act in the interest of justice through January 25, 2022.

Dated: November 10, 2021
       White Plains, NY

                               SO ORDERED:

                               _____
                               Vincent L. Briccetti
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021