UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JAMES WILLIAMS,
                Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 662 (VB)

      By Order dated November 10, 2021, the Court tentatively scheduled this case for trial on January 31, 2022. (Doc. #36). The parties are advised that this date is now a firm date for jury selection and trial.

      **To be clear, this case will proceed to jury selection and trial on January 31, 2022, at 9:30 a.m.**

      The final pre-trial conference remains scheduled for January 25, 2022, at 3:00 p.m., in person at the courthouse (Courtroom 620).

      All other dates and deadlines set forth in the November 10 Order remain the same.

Dated: December 8, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge