UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JAMES WILLIAMS,
          Defendant.

--------------------------------------------------------------x

**ORDER**

20 CR 662 (VB)

      By motion filed on December 30, 2021, defendant seeks to (i) suppress evidence seized on May 30, 2018, or schedule a suppression hearing on the motion, and (ii) compel the government to produce certain Brady material. (Doc. #39). The motion papers filed on ECF are redacted; however, defense counsel has provided an unredacted version to the Court.

      Because of the nature of the requested relief, and the fact that the motion may impact the scheduled trial date and final pretrial conference in this case, the government is directed to file its response to the motion by no later than January 7, 2022.

Dated: January 3, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge