UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JAMES WILLIAMS,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 662 (VB)

1-10-22

      As set forth on the record at today's conference, which was attended by government counsel and defense counsel, but for which defense counsel waived defendant's appearance:

      1.    By January 18, 2022, defendant shall file a reply in support of his motion to suppress.

      2.    An evidentiary hearing is set for January 25, 2022, at 10:00 a.m. on defendant's pending motion to suppress evidence seized on May 30, 2018. If the suppression hearing does not proceed on January 25, it shall instead proceed on February 23, 2022 at 10:00 a.m.

      3.    Jury selection and trial remain scheduled to begin on January 31, 2022, at 9:30 a.m. This is a firm date. If jury selection and trial do not proceed on January 31, they are instead <u>tentatively</u> scheduled for March 28, 2022, or May 9, 2022.

Dated: January 10, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge