UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JAMES WILLIAMS,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 662 (VB)

      By letter dated February 18. 2022, defendant moved for a judgment of acquittal pursuant to Rule 29(c). The government is directed to file a response by March 4, 2022, and defendant may file a reply by March 11, 2022.

Dated: February 18, 2022
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge