Copies Mailed/Faxed 12/16/25
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES WILLIAMS,

                Movant,

       -against-

UNITED STATES OF AMERICA,

                Respondent.

25-CV-9365 (VB)

20-CR-662 (VB)

ORDER TO ANSWER, 28 U.S.C. § 2255

VINCENT L. BRICCETTI, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued. The Clerk of Court shall also email a copy of this order to jeffrey.oestericher@usdoj.gov.

By **February 17, 2026**, the government shall file an answer and/or other pleadings in response to the motion. The government's answer and/or other pleadings shall address both the timeliness and the merits of the motion. Movant Williams shall have until **April 3, 2026**, to file a response to the answer and/or other pleadings. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include both the criminal docket number (20-cr-662 (VB)) and the civil docket number (25-cv-9365 (VB)) and will be docketed in both the criminal case and the civil case.

Chambers will mail a copy of this order to Movant Williams at the address on the docket in 25-cv-9365 (VB).

Dated:   December 16, 2025
        White Plains, NY

SO ORDERED:

VINCENT L. BRICCETTI
United States District Judge