UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

JAMES WILLIAMS,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/26

**ORDER**

20 CR 662 (VB)
25 CV 9365 (VB)

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

On March 20, 2026, petitioner James Williams filed his reply to the government's memorandum in opposition to petitioner's Section 2255 motion. (Doc. #9). The reply appears to raise at least five new arguments related to the alleged ineffectiveness of petitioner's counsel, which the government has not previously had an opportunity to address. Specifically, petitioner now argues that counsel (1) failed to object to improperly admitted Rule 404(b) evidence, (2) failed to object to the Court's limiting instruction regarding such evidence, (3) failed to introduce evidence consistent with personal use, (4) allowed the government to constructively amend the indictment, and (5) failed to challenge weak evidence with respect to the Section 924(c) charge. Petitioner also argues he was prejudiced by these alleged errors, which the government has also not had the opportunity to address.

Accordingly, by **April 15, 2026**, the government is directed to submit a response to these new arguments. Unless otherwise ordered, the motion will be considered fully submitted at that time.

Chambers will mail a copy of this order to petitioner at the address on the docket in case no. 25-cv-9365 (VB).

Dated: March 25, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1